tr    /004

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

In re:    LINDA BRASHEAR and MITCHELL BRASHEAR          Case No: 4:24-bk-13692 J

## OBJECTION TO CONFIRMATION
## OF INITIAL PLAN

Joyce Bradley Babin, Chapter 13 Standing Trustee, submits this Objection to Confirmation of Initial Plan. The Chapter 13 filing and plan fail to comply with the following:

1.  11 U.S.C. § 1325(b)(1) - The payments to be distributed to unsecured creditors are inconsistent with disposable income. **The Debtors are proposing to retain property that is a luxury vehicle and not necessary for an effective reorganization: a 2023 Toyota Camry financed with Toyota Motor Credit. The Debtors should surrender their interest in this property, or the granddaughter should contribute the monthly payment amount to the Debtors. (b) The Debtors' proposed plan is insufficient to pay a dividend of $268,875 to unsecured creditors as required by the Form 122C-1 (Means Test). (c) The Debtors should reduce and/or eliminate the following expenses so additional funds are paid into the plan for the benefit of creditors: tobacco $300 a month and life insurance $351 a month.**

2.  11 U.S.C. § 1325(a)(1) - The plan does not comply with the provisions of Chapter 13 and the other provisions of the Bankruptcy Code. **The Debtors failed to complete Statement of Financial Affairs question 1 regarding their marital status. (b) The Debtors should provide an accounting for the 401k distributions of $321,381.81 and $13,000 received in May or June of 2024. The accounting should include proof of the net amount received by the Debtors and an itemization of how the funds were spent with documentation (if available).**

WHEREFORE, the Trustee prays that the Debtor is given an opportunity to submit an amended plan within a reasonable period of time; or alternatively, confirmation of the plan is denied, and the case is dismissed; and for all other just, proper and equitable relief.

/s/  Joyce Bradley Babin
CHAPTER 13 STANDING TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the Debtors' attorney and any other ECF Filing Users through Notice of Electronic Filing (ECF) and on the Debtors and any other non-ECF Filing Users by U.S. Mail, postage prepaid, as further listed below, on December 17, 2024.

/s/  Joyce Bradley Babin
Joyce Bradley Babin

cc:    Linda Brashear and
         Mitchell Brashear
       371 Tucker Mtn Rd
       Dover, AR  72837