IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: LINDA BRASHEAR and MITCHELL BRASHEAR  
DEBTORS

CASE NO: 4:24-bk-13692 J  
CHAPTER 13

## CHAPTER 13 ORDER TO MODIFY CHAPTER 13 PLAN AND TO PROVIDE DOCUMENTATION

Before the court is the Objection to Confirmation of Plan, Docket Entry 16, filed on December 17, 2024, by the Trustee. The objection was set for hearing on January 23, 2025. Prior to the hearing, the objection was settled, and a hearing was not necessary.

For cause shown, the court finds that the Objection to Confirmation is sustained. The debtors are hereby granted 28 days from the date of this Order to file a modification to the plan and to provide documentation **(accounting on 401k distribution)** regarding the plan. Failure to file the modification and submit the documentation within the time described in this Order may result in dismissal of the case without further notice or hearing.

IT IS SO ORDERED.

Date: January 30, 2025

/s/ PHYLLIS M. JONES  
PHYLLIS M. JONES  
United States Bankruptcy Judge

cc: Joyce Bradley Babin, Trustee

wh Law  
1 Riverfront Place, Suite 745  
North Little Rock, AR  72114

LINDA BRASHEAR and MITCHELL BRASHEAR  
371 Tucker Mtn Rd  
Dover, AR  72837

GO11-17a/ 060 Order to Modify and Provide Documentation / tr